JOSEPH R. DAVIES et al., Appellants, v. IROQUOIS GAS
CORPORATION, Respondent.

(Argued October 6, 1936; decided October 20, 1936.)

*James O. Moore, Jr., Arthur J. Block* and *Michael M. Cohn* for appellants.

*Lyman M. Bass, William P. Stewart* and *George C. Letchworth* for respondent.

Order of. Appellate Division reversed and that of Special Term affirmed, without costs, and question certified answered in the negative. We are of the opinion that on the facts presented the Special Term was justified in exercising its discretion. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.